IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TILLMAN NORTH,** : <br> **AIS 252941,** <br> : <br> Petitioner, <br> : <br> vs.      CA 07-0689-CG-C <br> : <br> **JERRY FERRELL,** <br> : <br> Respondent. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 14, 2008 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 13th day of February, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE