IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TILLMAN NORTH,** <br> **AIS 252941,** <br><br> Petitioner, <br><br> vs. <br><br> **JERRY FERRELL,** <br><br> Respondent. | : <br> : <br> : <br> :    CA 07-0689-CG-C <br> : <br> : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be dismissed as time barred pursuant to 28 U.S.C. § 2244(d). To the extent, however, that the petition can be liberally read as attacking the May 3, 2007 revocation proceeding, this cause is dismissed, without prejudice, to allow petitioner the opportunity to fully exhaust his state court remedies.

**DONE and ORDERED** this 13th day of February, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE